UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 23-CR-0331 (DSD/DLM) |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION FOR RETURN OF PROPERTY** |
| Mohamed Zaki Mohamed Elsayed, | |
| Defendant. | |

---

On July 16, 2025, counsel for Mohamed Zaki Mohamed Elsayed moved the Court for an Order directing United States Probation Office to return Mr. Elsayed's passport to Mr. Elsayed's family. The Government does not object to this request. Based upon review of the motion and for good cause shown, **IT IS HEREBY ORDERED** that United States Probation Office return Mr. Elsayed's passport to his family.

Dated: July 17, 2025

/s David S. Doty
David S. Doty, Judge
United States District Court